**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1289

JENNIFER S. DAWSON,

Plaintiff - Appellant,

v.

DELTA AIR LINES, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:23-cv-00113-CMH-WEF)

Submitted:  February 20, 2025                    Decided:  February 24, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** John B. Flood, BERLIKLAW, LLC, Reston, Virginia, for Appellant.  Jocelyn R. Cuttino, Frank H. Williams, III, MORGAN, LEWIS & BOCKIUS LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer S. Dawson appeals the district court's order denying her summary judgment and granting summary judgment in favor of Delta Air Lines, Inc. ("Delta") on Dawson's discrimination, failure-to-accommodate, and retaliation claims, brought pursuant to the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Dawson v. Delta Air Lines, Inc.*, No. 1:23-cv-00113-CMH-WEF (E.D. Va. Mar. 4, 2024). We deny as moot Delta's motion for summary affirmance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*